UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

DANNY EDWARD SIMMONS                                         PLAINTIFF

v.                                       CIVIL ACTION NO. 3:09CV-P591-S

KENTUCKY PAROLE BOARD et al.                             DEFENDANTS

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** that the instant action is time-barred and **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1) as frivolous.

There being no just reason for delay in its entry, this is a **final Order**.

This Court further **certifies** that an appeal would be frivolous and would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date: February 22, 2010

Charles R. Simpson III, Judge
United States District Court

cc:     Plaintiff, *pro se*
        Defendants
4411.005